UNITED STATES COURT OF INTERNATIONAL TRADE         FORM 1

| |
|---|
| LLC SALES, INC. D/B/A LITELINE USA<br><br>                          Plaintiff,<br><br>v.<br><br>UNITED STATES,<br>                                            Defendant. |

S U M M O N S

Court No.  25-179

TO:   The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ **Mario Toscano**
Clerk of the Court

## PROTEST

| Port(s) of Entry: 0712,0901, 3004, 3801, 3802, 3701 | Center (if known): CEE008 |
|---|---|
| Protest Number: see attached | Date Protest Filed: see attached |
| Importer: LLC Sales, Inc. d/b/a Liteline USA | Date Protest Denied: see attached |
| Category of Merchandise: LED lighting products | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| see attached | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

John M. Peterson
Patrick B. Klein
NEVILLE PETERSON LLP
55 Broadway, Suite 2602
New York, NY  10006
Tel: 212-635-2730
jpeterson@npwny.com

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise ||| 
|---|---|---|
|  | Statutory Basis | Statement of Value |
| Appraised: |  |  |
| Protest Claim: |  |  |

| Classification, Rate or Amount |||||
|---|---|---|---|---|
|  | Assessed || Protest Claim ||
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| LED lighting products | 9405.11.60 | 25% 301 duty | 9405.60.11 | No Section 301 duty |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

The issue which was common to all such denied protests:

Whether the imported merchandise undergoes substantial transformation in Canada resulting in a new product and thus not of Chinese origin subject to Section 301 duty

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

        s/John M. Peterson
*Signature of Plaintiff's Attorney*

        August 8, 2025
*Date*

**SCHEDULE OF PROTESTS**

CEE008 Consumer Products and Mass Merchandising

| Protest No. | Date Protest Filed | Date Protest Denied | Entry Number | Entry Date | Liquidation Date | Port Code |
|---|---|---|---|---|---|---|
| 90123104383 | 12/8/2023 | 2/18/2025 | 30030148649 | 7/19/2022 | 6/16/2023 | 901 |
| | | | 30030727830 | 7/19/2022 | 6/16/2023 | 3801 |
| | | | 30034984239 | 10/14/2022 | 9/15/2023 | 901 |
| | | | 30035016544 | 10/19/2022 | 9/15/2023 | 901 |
| | | | 30035032392 | 10/17/2022 | 9/15/2023 | 901 |
| | | | 30060993021 | 10/19/2022 | 9/15/2023 | 901 |
| | | | 30035184581 | 10/21/2022 | 9/15/2023 | 901 |
| | | | 30034984551 | 10/14/2022 | 9/15/2023 | 3801 |
| | | | 30060992239 | 10/21/2022 | 9/15/2023 | 3801 |
| | | | 30035218355 | 10/22/2022 | 9/22/2023 | 901 |
| | | | 30035220922 | 10/22/2022 | 9/22/2023 | 901 |
| | | | 30035249616 | 10/25/2022 | 9/22/2023 | 901 |
| | | | 30061083525 | 10/25/2022 | 9/22/2023 | 3801 |
| | | | 30035298670 | 10/26/2022 | 9/22/2023 | 3801 |
| | | | 30035839929 | 11/2/2022 | 9/29/2023 | 901 |
| | | | 30035452731 | 11/1/2022 | 9/29/2023 | 3801 |
| | | | 30035866781 | 11/3/2022 | 9/29/2023 | 3801 |
| | | | 30035901489 | 11/4/2022 | 10/6/2023 | 901 |
| | | | 30035901760 | 11/4/2022 | 10/6/2023 | 901 |
| | | | 30061382331 | 11/9/2022 | 10/6/2023 | 3801 |
| | | | 30036457788 | 11/19/2022 | 10/20/2023 | 3807 |
| | | | BII05399878 | 2/23/2023 | 12/1/2023 | 901 |
| | | | BII05399340 | 2/23/2023 | 12/1/2023 | 901 |
| | | | BII05399860 | 2/23/2023 | 12/1/2023 | 3802 |
| | | | BII05401435 | 2/23/2023 | 12/8/2023 | 901 |
| | | | BII05401773 | 2/23/2023 | 12/8/2023 | 901 |
| | | | BII05401294 | 2/23/2023 | 12/8/2023 | 901 |
| | | | BII05402169 | 2/23/2023 | 12/8/2023 | 901 |
| | | | BII05400312 | 2/23/2023 | 12/8/2023 | 3801 |
| | | | BII05401344 | 2/23/2023 | 12/8/2023 | 3801 |
| | | | BII05402151 | 2/23/2023 | 12/8/2023 | 3801 |
| | | | BII05400767 | 2/23/2023 | 12/8/2023 | 3801 |
| | | | | | | |
| 90124104396 | 1/5/2024 | 2/18/2025 | BII05404348 | 2/24/2023 | 12/15/2023 | 901 |
| | | | 30062768736 | 1/22/2023 | 12/22/2023 | 712 |
| | | | BII05405576 | 2/24/2023 | 12/22/2023 | 901 |
| | | | BII05406095 | 2/24/2023 | 12/22/2023 | 3801 |

1

SCHEDULE OF PROTESTS

CEE008 Consumer Products and Mass Merchandising

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  | BII05406103 | 2/24/2023 | 12/22/2023 | 3801 |
|  |  |  | BII0540829 | 3/21/2023 | 12/29/2023 | 901 |
|  |  |  | BII05408851 | 3/21/2023 | 12/29/2023 | 3801 |
|  |  |  | BII05408869 | 3/21/2023 | 12/29/2023 | 3801 |
|  |  |  | BII05408091 | 3/21/2023 | 12/29/2023 | 3801 |
|  |  |  | BII05409065 | 3/21/2023 | 12/29/2023 | 3802 |
|  |  |  | BII05408307 | 3/21/2023 | 12/29/2023 | 901 |
|  |  |  |  |  |  |  |
| 90124104422 | 3/1/2024 | 2/18/2025 | BII05409966 | 3/21/2023 | 1/5/2024 | 901 |
|  |  |  | BII05410832 | 3/21/2023 | 1/5/2024 | 901 |
|  |  |  | BII05410196 | 3/21/2023 | 1/5/2024 | 901 |
|  |  |  | BII05411681 | 3/21/2023 | 1/5/2024 | 901 |
|  |  |  | BII05412143 | 3/21/2023 | 1/12/2024 | 901 |
|  |  |  | BII05413133 | 3/21/2023 | 1/12/2024 | 3801 |
|  |  |  | BII05414123 | 4/11/2023 | 1/12/2024 | 901 |
|  |  |  | 30041435431 | 2/22/2023 | 1/19/2024 | 3802 |
|  |  |  | 30063355426 | 2/24/2023 | 1/19/2024 | 901 |
|  |  |  | BII05415849 | 4/11/2023 | 1/19/2024 | 901 |
|  |  |  | BII05415351 | 4/11/2023 | 1/19/2024 | 901 |
|  |  |  | BII05415492 | 4/11/2023 | 1/19/2024 | 901 |
|  |  |  | BII05415856 | 4/11/2023 | 1/19/2024 | 901 |
|  |  |  | BII05417324 | 4/11/2023 | 1/26/2024 | 3801 |
|  |  |  | BII05417332 | 4/11/2023 | 1/26/2024 | 901 |
|  |  |  | BII05417878 | 4/11/2023 | 1/26/2024 | 901 |
|  |  |  | BII05418488 | 4/11/2023 | 2/2/2024 | 901 |
|  |  |  | BII05419460 | 4/11/2023 | 2/2/2024 | 901 |
|  |  |  | BII05423041 | 4/20/2023 | 2/16/2024 | 901 |
|  |  |  | BII05423660 | 4/20/2023 | 2/16/2024 | 901 |
|  |  |  | BII05425327 | 4/20/2023 | 2/23/2024 | 3801 |
|  |  |  | BII05425533 | 4/20/2023 | 2/23/2024 | 3801 |
|  |  |  | BII05425673 | 4/20/2023 | 2/23/2024 | 3801 |
|  |  |  | BII05426424 | 5/2/2023 | 2/23/2024 | 901 |
|  |  |  | BII05426879 | 5/2/2023 | 3/1/2024 | 3801 |
|  |  |  | BII05426895 | 5/5/2023 | 3/1/2024 | 3801 |
|  |  |  |  |  |  |  |
| 380124108770 | 5/31/2024 | 2/18/2025 | BII05437280 | 6/4/2023 | 4/5/2024 | 3801 |
|  |  |  | BII05437306 | 6/4/2023 | 4/5/2024 | 3801 |
|  |  |  | BII05437405 | 6/4/2023 | 4/5/2024 | 901 |
|  |  |  | BII05437991 | 6/4/2023 | 4/5/2024 | 901 |
|  |  |  | BII05442249 | 6/12/2023 | 4/19/2024 | 3801 |

2

## SCHEDULE OF PROTESTS

<u>CEE008 Consumer Products and Mass Merchandising</u>

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  | BII05442876 | 6/12/2023 | 4/19/2024 | 3802 |
|  |  |  | BII05446463 | 6/23/2023 | 5/3/2024 | 3801 |
|  |  |  | BII05446836 | 6/26/2023 | 5/3/2024 | 901 |
|  |  |  | BII05446828 | 6/26/2023 | 5/3/2024 | 901 |
|  |  |  | BII05447164 | 6/26/2023 | 5/10/2024 | 901 |
|  |  |  | BII05446794 | 6/26/2023 | 5/10/2024 | 3801 |
|  |  |  | BII05447990 | 6/30/2023 | 5/10/2024 | 901 |
|  |  |  | BII05448105 | 6/30/2023 | 5/10/2024 | 3801 |
|  |  |  | BII05450671 | 7/14/2023 | 5/17/2024 | 901 |
|  |  |  | BII05451216 | 7/15/2023 | 5/17/2024 | 3803 |
|  |  |  | BII05451828 | 7/21/2023 | 5/17/2024 | 901 |
|  |  |  | BII05452354 | 7/21/2023 | 5/24/2024 | 3802 |
|  |  |  | BII05453006 | 7/21/2023 | 5/24/2024 | 3801 |
|  |  |  | BII05453550 | 7/22/2023 | 5/24/2024 | 3802 |
|  |  |  | BII05455597 | 7/31/2023 | 5/31/2024 | 901 |
|  |  |  | BII05455308 | 7/31/2023 | 5/31/2024 | 3801 |
|  |  |  |  |  |  |  |
| 90124104520 | 8/6/2024 | 2/18/2025 | BII05456454 | 7/12/2023 | 6/7/2024 | 901 |
|  |  |  | BII05456124 | 7/11/2023 | 6/7/2024 | 3801 |
|  |  |  | BII05459367 | 7/18/2023 | 6/14/2024 | 901 |
|  |  |  | BII05459821 | 7/19/2023 | 6/14/2024 | 901 |
|  |  |  | BII05459177 | 7/19/2023 | 6/14/2024 | 3801 |
|  |  |  | BII05460571 | 7/24/2023 | 6/14/2024 | 3801 |
|  |  |  | BII05461801 | 7/26/2023 | 6/21/2024 | 901 |
|  |  |  | BII05462387 | 7/28/2023 | 6/21/2024 | 901 |
|  |  |  | BII05461710 | 7/26/2023 | 6/21/2024 | 3801 |
|  |  |  | BII05463732 | 8/1/2023 | 6/28/2024 | 901 |
|  |  |  | BII05462965 | 8/1/2023 | 6/28/2024 | 3801 |
|  |  |  | BII05462957 | 8/1/2023 | 6/28/2024 | 3801 |
|  |  |  | BII05474317 | 9/2/2023 | 7/26/2024 | 3801 |